5-31-15

Dear clerk,

I am writing to you to ask for a copy of the legal <u>cite</u> that was used in the "<u>Elizabeth Ramirez Case</u>" AKA "<u>San Antonio four case</u>" that case was exonerated, the Date was around "2012"

I was informed that I could write and request the legal cite case's used in this case under the "Junk Science writ."

Any help obtaining this information is highly appreciated.

Thank You very much

John Collier
#1545387
I-112-T
9055 SPUR 591
Amarillo, TX
79107-9696

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk